IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Geoffrey Konen, | No.  CIV 10-1672-PHX-DKD |
| Plaintiff, | |
| vs. | **ORDER** |
| Robrad Tool & Engineering Incorporated, et al., | |
| Defendants. | |

The Court having considered the parties' Stipulation of Dismissal (Doc. 28),

**IT IS HEREBY ORDERED** that the case is dismissed with prejudice, each party to bear his or its attorneys' fees and costs.

DATED this 2nd day of December, 2010.

David K. Duncan
United States Magistrate Judge